United States District Court
Southern District of Texas
ENTERED

APR 1 5 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

#3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 9 1998

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff - Respondent, | § | |
| | § | |
| VS. | § | B-97-273 |
| | § | |
| JUAN RAUL GARZA | § | |
| Defendant - Movant. | § | |

## ORDER

Before the Court is the Defendant Juan Raul Garza's Motion to Vacate the Defendant's Sentence and for a New Trial Under 28 U.S.C. 2255 and Rule 33 of the Federal Rules of Criminal Procedure. After having reviewed said Motion and the briefs of all parties, this Court finds that the Defendant is not entitled to the relief sought.

Accordingly it is ORDERED, ADJUDGED and DECREED that the Defendant's Motion to Vacate the Defendant's Sentence and for a New Trial Under 28 U.S.C. 2255 and Rule 33 of the Federal Rules of Criminal Procedure should be and is hereby DENIED.

Done this 9th day of April, 1998, in Brownsville, Texas.

Filemon B. Vela
United States District Judge

5