United States District Court
Southern District of Texas
ENTERED

MAY 1 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 8 1998

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff-Respondent,<br><br>VS.<br><br>JUAN RAUL GARZA<br>Defendant-Movant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | B-97-273 |

## ORDER

Before the Court is the Defendant Juan Raul Garza's Rule 60(b) Motion for Relief from Judgment and Rule 59(e) Motion to Alter Judgment or Amend Judgment. After having reviewed said Motions and the briefs of all parties, this Court finds that the Defendant is not entitled to the relief sought. Furthermore, in order to obtain a certificate of appealability, the applicant must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Defendant raises no issue which is debatable among jurists of reason; he therefore has failed to make the necessary showing for a certificate of appealability.

Accordingly, it is ORDERED, ADJUDGED and DECREED that the Defendant's Rule 60(b) Motion for Relief from Judgment and Rule 59(e) Motion to Alter Judgment or Amend Judgment should be and are hereby DENIED. Also, this Court finds that a certificate of appealability should not be issued.

Done this _18th_ day of May, 1998, in Brownsville, Texas.

Filemon B. Vela
United States District Judge