IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 14 1998

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | DOCKET NO. B-97-273 |
| vs. | § | |
| | § | |
| JUAN RAUL GARZA, | § | |
| | § | |
| Defendant-Movant, | § | |

**NOTICE OF APPEAL**

Notice is given that Defendant-Movant JUAN RAUL GARZA, pursuant to

28 U.S.C. § 1291 and F.R.A.P. 4, appeals to the United States Court of Appeals

for the Fifth Circuit from the final judgment and orders entered in the above-

numbered cause by the United States District Court for the Southern District of

Texas, Brownsville Division, denying his motion to vacate his sentence and

motion for a new trial under 28 U.S.C. § 2255, entered April 9, 1998, and denying

1

his Rule 59(e) Motion to Alter and Amend the Judgment, entered on May 18, 1998.

Mr. Garza proceeds *in forma pauperis* pursuant to F.R.A.P. 24(a).

Dated: July 13, 1998

Respectfully Submitted,

*Greg Wiercioch*

Steven C. Losch
906 Delia Drive
Longview, Texas 75601
903-234-1373

Gregory W. Wiercioch
412 Main Street, Suite 1150
Houston, Texas 77002
TEL (713) 222-7788
FAX (713) 222-0260

Counsel for Juan Raul Garza

## CERTIFICATE OF SERVICE

I hereby certify that on this *13TH* day of July 1998, a true and correct copy of the foregoing pleading was served upon opposing counsel by depositing the same in the United States Mail for first class delivery to:

Paula C. Offenhauser
Assistant United States Attorney
P.O. Box 61129
Houston, Texas 77208-1129

*Greg Wiercioch*