**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, D. C. 20543**

B-97-cv-273  10

United States District Court
Southern District of Texas
FILED

November 15, 1999

DEC 15 1999

Michael N. Milby
Clerk of Court

Clerk
United States Court of Appeals for
the Fifth Circuit
600 Camp Street, Room 100
New Orleans,  LA 70130

U.S. COURT OF APPEALS
RECEIVED
NOV 1 9 1999
NEW ORLEANS, LA.

Re:  Juan Raul Garza
     v. United States
     No.  99-5377
     (Your No. 98-40977)

U.S. COURT OF APPEALS
**FILED**

Dear Clerk:

NOV 1 9 1999

The Court today entered the following order in the above

CHARLES R. FULBRUGE III
CLERK

entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk