*12*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Respondent | § § § § | |
| v. | § | DOCKET NO. B 97-273 |
| JUAN RAUL GARZA, | § § § | |
| Defendant-Movant | § | |

**ORDER DENYING DEFENDANT'S EX PARTE MOTION
FOR AUTHORIZATION OF FUNDS TO HIRE VIDEO PRODUCTION SERVICE TO
ASSIST IN PREPARING APPLICATION FOR EXECUTIVE CLEMENCY**

Before the Court is Defendant-Movant, Juan Raul Garza's, Ex Parte Motion For Authorization of Funds To Hire Video Production Service to Assist In Preparing Application for Executive Clemency. The Court has reviewed each and every statutory authority and all applicable law connected therewith and is persuaded that the information that would be introduced by and for Movant could well be provided by way of written statements and affidavits absent notification that the President of the United States would view such a video.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Defendant-Movant, Juan Raul Garza's, Ex Parte Motion For Authorization of Funds To Hire Video Production Service to Assist In Preparing Application for Executive Clemency should be and is hereby DENIED.

DONE this 6th day of January, 2000 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge