14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Respondent | §<br>§<br>§ | |
| v. | § | DOCKET NO. B 97-273 |
| | § | |
| JUAN RAUL GARZA,<br>    Defendant-Movant | §<br>§<br>§ | |

United States District Court
Southern District of Texas
ENTERED

JAN 19 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER DENYING DEFENDANT'S <u>EX PARTE</u> MOTION
TO OBTAIN AIRLINE TICKETS AT GOVERNMENT RATES
THROUGH NATIONAL TRAVEL SERVICE**

Before the Court is Defendant-Movant, Juan Raul Garza's, <u>Ex Parte</u> Motion To Obtain Airline Tickets at Governmental Rates Through National Travel Service. The Court has reviewed such Motion and is not persuaded that the Court has the authority to grant government rates through the National Travel Service; but, notwithstanding, pursuant to 21 U.S.C. § 848 (q)(10)(B), it appears that reimbursement for travel expenses for defense counsel to assist Defendant-Movant in preparing an application for executive clemency falls under "other reasonable necessary services."

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Defendant-Movant, Juan Raul Garza's, <u>Ex Parte</u> Motion To Obtain Airline Tickets at Governmental Rates Through National Travel Service should be and is hereby DENIED.

DONE this 19th day of January, 2000 in Brownsville, Texas.

                                                  Filemon B. Vela
                                        United States District Judge