15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 11 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff-Respondent § | |
| § | CRIMINAL NO. B-93-009 |
| vs. § | |
| § | CIVIL ACTION NO. B-97-273 |
| JUAN RAUL GARZA § | |
| Defendant-Movant § | |

### ORDER OF INQUIRY

The Court now inquires if a date and time has been designated for the execution of the judgment entered in this case. Absent a showing of good cause within the next 10 days, hearing will be had to determine why the Court should not exercise its authority pursuant to 28 C.F.R. § 26.3.

DONE this 11th day of May, 2000 in Brownsville, Texas.

Filemon B. Vela
United States District Judge