*18*

United States District Court
Southern District of Texas
**ENTERED**

**MAY 2 6 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>　　　Plaintiff-Respondent §<br>　　　　　　　　　　　§<br>vs.　　　　　　　　　　§<br>　　　　　　　　　　　§<br>JUAN RAUL GARZA　　§<br>　　　Defendant-Movant §<br>　　　　　　　　　　　§ | CRIMINAL NO. B-93-009<br><br>CIVIL ACTION NO. B-97-273 |

## ORDER SETTING EXECUTION DATE

On the 11th day of May, 2000, this Court entered an Order of Inquiry regarding the date and time for the execution of the judgment entered in this case. On May 22nd of the year 2000, the Government filed a Request for Extention of Time urging entitlement to answer through May 25th. On May 25th, the Government filed a Supplemental Response to Order of Inquiry and the Defendant filed a Motion to Vacate Execution Date.

If one would give significance to the reasons set forth by the Government responses filed on May 22nd and May 25th, the first filed after hours and the second filed only minutes before the final hour on the final date, it would be difficult to find consistency with the fact that it was they who advocated prosecution, sought, and obtained a jury verdict for the death penalty. Logistical and personnel processes alleged as obstacles speak to bureaucratic rhetoric instead of substance.

The Court defers to the Defendant's Motion to Vacate Execution Date and respectfully reminds very competent Counsel that there was relief requested in pursuance of Executive Clemency as early as December, 1999.

This Judge is not a proponent of the death penalty and honors the distress engaged in by all of those involved in the ultimate event.  It is noticed that the legal processes related to this case were reviewed by the Fifth Circuit Court of Appeals and the Supreme Court of the United States.  Consequently, the judgment has been legally sustained and has survived all mandatory processes.  As the record will indicate, the law that was applied in this case, which was tried to conclusion in 1993, was adopted close to a decade ago.

Pursuant to the authority vested in this Court by 28 C.F.R. § 26.3, it is hereby ORDERED that in conformance with all laws and regulations that Juan Raul Garza be executed on August 5, 2000, at 6:00 a.m.  The place and method of execution shall be in compliance with 28 C.F.R. § 26.3 and 26.4.  Insofar as this Order is in conflict with the Judgment and Order entered on August 10, 1993, it is ruled that the former provisions are set aside, to be substituted by the present.

DONE this 26th day of May, 2000 in Brownsville, Texas.

Filemon B. Vela
United States District Judge