20

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff-Respondent § | |
| § | CRIMINAL NO. B-93-009 |
| vs. § | |
| § | CIVIL ACTION NO. B-97-273 |
| JUAN RAUL GARZA § | |
| Defendant-Movant § | |

## O R D E R

Before the Court is Defendant's Motion to Reconsider Order Setting Execution Date filed by Juan Raul Garza on June 5, 2000. To this date, once again, the Government of the United States has not seen fit to respond to the same. Notwithstanding, the Court having engaged in a serious review and consideration of all issues, does not find any legal reason to grant the relief sought.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that Defendant's Motion to Reconsider Order Setting Execution Date is hereby **DENIED**.

DONE this _19th_ day of June, 2000 in Brownsville, Texas.

Filemon B. Vela
United States District Judge