22

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 0 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff-Respondent | § | |
| | § | CRIMINAL NO. B-93-009 |
| vs. | § | |
| | § | CIVIL ACTION NO. B-97-273 |
| JUAN RAUL GARZA | § | |
| Defendant-Movant | § | |

## O R D E R

On June 19, 2000 this Court denied the Defendant's Motion to Reconsider Order Setting Execution Date. Subsequently, the Government filed a memorandum which is the United States' Opposition to Movant Garza'a Motion to Reconsider Setting Execution Date, receipt of which is hereby acknowledged.

DONE this 20th day of June, 2000 in Brownsville, Texas.

Filemon B. Vela
United States District Judge