United States District Court
Southern District of Texas
FILED

DEC 0 8 2000

Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

UNITED STATES OF AMERICA §
§
v. § Docket No. B-97-273
§
JUAN RAUL GARZA §

---

**EXPEDITED MOTION
TO PRECLUDE AN AUTOPSY OF JUAN RAUL GARZA**

---

Juan Raul Garza hereby respectfully moves this honorable Court for an Order precluding an autopsy from being conducted on his remains in the event of his scheduled execution on **December 12, 2000.** In light of the rapid approach of his scheduled execution date, Juan Raul Garza also respectfully requests that this Court proceed expeditiously in hearing the present motion.

Pursuant to 18 U.S.C. § 3596, the law of the state of Texas governs the implementation of Mr. Garza's sentence, including the procedures to be followed in the event of his scheduled execution. Article 49.25(6)(a)(2) of the Texas Code of Criminal Procedure and Section 501.055(b)(2) of the Texas Government Code address the circumstances under which autopsies can be conducted. Both provisions expressly preclude any autopsy from being conducted on a person executed under sentence of the law.

Mr. Garza also raises religious and moral objections to an autopsy being conducted on his remains in the event of his scheduled execution on December 12, 2000.

The grounds for this motion are fully stated in the accompanying memorandum of points and authorities, which is incorporated and made a part hereof.

Respectfully submitted,

Gregory Wiercioch
Elizabeth Detweiler
Texas Defender Service
412 Main Street, Suite 1150
Houston, Texas 77002
TEL (713) 222-7788
FAX (713) 222-0260

Counsel for Juan Raul Garza

Dated: December 7, 2000

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December 2000, a true and correct copy of the foregoing Expedited Motion to Preclude an Autopsy of Juan Raul Garza was served upon opposing counsel by depositing it with Federal Express for next morning delivery to:

Ms. Paula C. Offenhauser
Assistant United States Attorney
c/o United States Marshals Service
515 Rusk Street
Houston, Texas 77002