24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 2 3 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN RAUL GARZA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL CASE NO. B-97-273 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

In light of the Order Staying Execution of Petitioner issued by the President of the United States of America, all motions currently pending before the Court (Docket No. 17 and Docket No. 23) are now *moot*.

It is therefore, ORDERED, ADJUDGED, and DECREED that Petitioner's Motion to Vacate Execution Date (Docket No. 17), Petitioner's Expedited Motion to Preclude an Autopsy (Docket No. 23), and all other motions before the Court are now *moot* and hereby DENIED.

SIGNED this the 22ND day of JANUARY, 2001, at Brownsville, Texas.

Honorable Filemon B. Vela
United States District Judge