26

NITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS

**FILED**

JUN 1 1 2001

CHARLES R. FULBRUGE III
CLERK

No. 01-40596

IN RE: JUAN RAUL GARZA,

Movant.

CA B-97-223

Motion for an order authorizing the
United States District Court for the Southern
District of Texas, Brownsville Division to consider
a successive habeas 28 U.S.C. § 2255 application

United States District Court
Southern District of Texas
FILED

JUN 1 5 2001

Michael N. Milby
Clerk of Court

Before DAVIS, SMITH, and WIENER, Circuit Judges.

BY THE COURT:

   IT IS ORDERED that movant's motion for authorization to file

successive motion to vacate sentence is    *denied*.



   IT IS FURTHER ORDERED that movant's motion for stay of

execution scheduled for June 19, 2001, is    *denied*.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-589-6514**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

United States District Court
Southern District of Texas
RECEIVED

JUN 1 5 2001

June 11, 2001    Michael N. Milby, Clerk

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

       No. 01-40596 In Re: Garza
       USDC No.

Enclosed is a certified copy of the judgment issued as the mandate.

       Sincerely,

       CHARLES R. FULBRUGE III, Clerk

       By:
       Monica Washington, Deputy Clerk
       504-589-6514 ITCM # 186

cc: w/encl:
    Mr Gregory William Wiercioch

ClibPDF - www.fastio.com